Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
ddavis@swlaw.com

*Attorneys for Defendant A. O. Smith Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY as Subrogee for Calvin Chan,<br><br>Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORPORATION, a corporation; and, DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01264-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED by and between Defendant A. O. Smith Corporation ("Defendant") and Plaintiff Allstate Insurance Company as subrogee of Calvin Chan ("Plaintiff"), that all claims shall be dismissed with prejudice. The Parties will each bear their own attorneys' fees and costs.

DATED this 8th day of December, 2020.                    DATED this 8th day of December, 2020.

SNELL & WILMER L.L.P.                                    WILLIAMS PALECEK LAW GROUP

By: */s/ Dawn L. Davis*                                   By: /s/ *Jason P. Williams*
Dawn L. Davis, Esq.                                      Jason P. Williams, Esq.
Nevada Bar No. 13329                                     311 East Liberty Street
3883 Howard Hughes Pkwy, Suite 1100                      Reno, Nevada 89501
Las Vegas, Nevada 89169
*Attorneys for Defendant*                                David C. O'Mara, Esq.
*A. O. Smith Corporation*                                THE O'MARA LAW FIRM
                                                         311 East Liberty Street
IT IS SO ORDERED:                                        Reno, Nevada 89501
                                                         *Attorneys for Plaintiff Allstate Insurance*
Dated:  December 8, 2020                                 *Company*

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE